IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**UNITED STATES OF AMERICA**                                              **PLAINTIFF**

v.                  Case No. 4:17-cv-00503-KGB

**$2,041,670.87 seized from Bank of America
Account No. XXXX7863**                                            **DEFENDANT**

## DEFAULT JUDGMENT AND DECREE OF FORFEITURE

The United States of America moves for a default judgment and a decree of forfeiture (Dkt. No. 4). The Court grants the motion (Dkt. No. 4). As guided by 18 U.S.C. § 983 and Supplemental Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the United States filed a verified complaint *in rem* for forfeiture, served the complaint on all required parties, and published notice of the action. No party filed a claim or answer or otherwise defended the action; therefore, the Clerk entered a default.

The Court declares that the $2,041,670.87 seized from Bank of America account number XXXX7863 ("Defendant Property") is forfeited, and title is now vested in the United States. All prior claims in and against the Defendant Property are extinguished and declared void. The Defendant Property shall be turned over to the United States and disposed of according to law.

The Clerk is directed to close the case.

It is so ordered this 4th day of January, 2018.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge